**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

     :   CRIMINAL ACTION
   v.     :
     :   No. 25-440-1

JOSEPH M. MOORE
Out of Custody

## NOTICE OF HEARING

Take notice that the defendant is scheduled for an Initial Appearance/Plea Hearing on **October 27, 2025** at **10:00 A.M.** before the **Honorable Mark A. Kearney** in **Courtroom 6B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

For additional information, please contact the undersigned.

By:    Courtroom Deputy to J. Kearney
    Phone: 267.299.7688

Date:    10/15/2025

cc:      Defendant (via defense counsel)
cc via email:   Defense Counsel
      Assistant U.S. Attorney
      U.S. Marshal
      Court Security
      Probation Office
      Pretrial Services
      Interpreter Coordinator

crnotice (July 2021)