IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 25-440-1 |
| JOSEPH M. MOORE | : | |

**GOVERNMENT'S PLEA MEMORANDUM**

I. **BACKGROUND**

Defendant Joseph M. Moore is charged in an information with one count of conducting an illegal gambling business, in violation of 18 U.S.C. § 1955. The defendant has notified the government through his counsel that he wishes to plead guilty to the information.

II. **APPLICABLE STATUTE AND ESSENTIAL ELEMENTS OF THE OFFENSE**

To obtain a conviction for conducting an illegal gambling business, in violation of 18 U.S.C. § 1955, the government must prove beyond a reasonable doubt that the defendant:

1. conducted, financed, managed, supervised, directed or owned all or part of a gambling business; and

2. that such gambling business:

    a. violated the laws of the state in which it was conducted, here, the Commonwealth of Pennsylvania[1]; and

---

[1] The Pennsylvania statute that the defendants violated, as charged in the proposed information, is 4 Pa.C.S.A. § 13C04, which provides as follows:

Unauthorized sports wagering.

   (a) Offense defined --

      b.  involved five or more persons who conducted, financed, managed, supervised, directed or owned all or part of said illegal gambling business; and

      c.  has been or remained in substantially continuous operation for more than 30 days, or had a gross revenue of $2,000 or more on any single day.

## III.   MAXIMUM PENALTIES

The maximum penalties are as follows: Count One (conducting an illegal gambling business), 5 years' imprisonment, a 3-year term of supervised release, a $250,000 fine, and a $100 special assessment. Forfeiture of all proceeds from the offense also may be ordered

## IV.   FACTUAL BASIS FOR THE PLEA

If this case were to proceed to trial, the government would prove the following facts, among others, through witness testimony and exhibits. This memorandum sets forth only the essential facts that would need to be proved to establish the elements of the offenses charged.

### Background of Participants in Moore Gambling Business

Defendant Joseph M. Moore was a Philadelphia Probation Officer, who owned and operated a sports wagering business (the "Moore Gambling Business"). Moore's partner in the business was co-defendant James P. Deangelo, Jr., a Philadelphia Police Officer. Moore ran his

---

(1) It shall be unlawful for any person to operate, conduct, offer or expose sports wagering for play or to accept a bet or wager associated with sports wagering from any person physically located in this Commonwealth which at the time of play that is not within the scope of a valid sports wagering certificate issued by the board under this chapter.

(2) It shall be unlawful for any person to knowingly provide services with respect to any sports wagering or bet or wager specified in paragraph (1).

(b) Grading of offense -- A person who violates subsection (a) commits a misdemeanor of the first degree. For a second or subsequent violation of subsection (a), a person commits a felony of the second degree.

gambling business, in part, from his Philadelphia Probation Department office and maintained records of his operation on his work computer. DeAngelo, among other things, worked with Moore to provide bettors with access to an overseas website that allowed bettors to place wagers online with the Moore Gambling Business.

Person #1 and Person #2,[2] participated in conducting the Moore Gambling Business by collecting wagered funds from sports bettors and by paying successful bettors their winnings, all at the direction of Moore. Moore paid Person #1 and Person #2 between $200 and $250 per week for their services.

Person #3 participated in conducting the Moore Gambling Business by working with DeAngelo to provide access to an overseas gambling website that allowed bettors to place wagers online with the Moore Gambling Business. Person #4 and Person #5 worked with Person #3 and at times collected payments for the gambling website from DeAngelo. Person #6 ran his own sports gambling business but also participated in conducting the Moore Gambling Business by occasionally, at the request of Moore, funding losses incurred by the Moore Gambling Business or otherwise assuming financial responsibility for certain wagers.

### Gambling Operation Activity

From at least January 2017 through at least February 2025, Moore ran a sports gambling business in which numerous bettors regularly placed bets on sporting events and participated in gambling pools related to sporting events. Moore's partner in the business was James DeAngelo. DeAngelo's primary role in the operation was arranging for bettors to gain access to a website

---

[2] Individuals identified but not charged in the information have been anonymized in the information and in this memorandum in this fashion. They are all known to the government and the defendant. The government will provide further information to the Court about their identities at the Court's request and will provide such information to the Probation Department for the Presentence Investigation Report. The defendant does not object to proceeding in this manner for the guilty plea hearing.

run overseas that the Moore Gambling Business used for bettors to obtain betting odds and record their bets. The website was critical to the Moore Gambling Business because the website provided information for bettors to make wagers on games, including identifying "spreads" on sporting events, the website registered their bets, and the website helped Moore maintain records of the betting activity of his customers. DeAngelo worked closely with Person #3, who was his main contact with operations of the overseas website.[3] As Moore's partner, DeAngelo also occasionally helped obtain bettors for the Moore Gambling Business. DeAngelo's compensation for his role in the Moore Gambling Business was approximately 20% of the profits generated by Moore.

      The Moore Gambling Business involved several other individuals who helped conduct the operation. Person #1 and Person #2 collected wagers from bettors and paid winners, generally through peer-to-peer financial accounts such as Venmo, PayPal, Cash App, and Apple Pay. Moore obtained the assistance of Person #1 and Person #2 to handle these transactions when he had difficulty using his own peer to peer accounts at times because the accounts were suspended or closed due to the suspicious activity relating to the gambling transactions. Financial and other records reflect hundreds of thousands of dollars involved in this operation that served hundreds of bettors in the Philadelphia area. The Moore Gambling Business was in substantially continuous operation for more than 30 days and had a gross revenue of $2,000 or more on numerous single days over the course of the charged criminal activity.

---

[3] At times, Person #3 directed DeAngelo to make payments for the overseas website to Person #4, who on multiple occasions had Person #5 handle the collection. Whenever there were problems with the website or adjustments needed to be made to the betting lines for the Moore Gambling Business, DeAngelo handled those issues with Person #3.

The Moore Gambling Business allowed individuals to place various types of bets on sporting events. The betting included wagers on the outcome of individual games as well as wagers involving "block pools" and other sports gambling pools. The block pools that Moore operated were gambling contests in which bettors were assigned random numbers corresponding to the points scored by teams in a particular game. Those games included NFL football games, NCAA basketball games, and other sporting events. The entry fee for these pools was as much as $500, which would generate thousands of dollars for the winners. Winners paid Moore approximately 10% of their winnings as a "tip" or fee for participating in the pool. For ordinary bets on sporting events, bettors paid a fee to Moore that was included in the cost of the bet.

Moore also allowed bettors to participate in annual NFL football pools, called the "Gentlemen's Football Pool," in which the bettors each week would select games and pick the winners of those games, with a substantial payment to the top performers in the pool at the end of the NFL season. Similar to the block pools, winners paid Moore approximately 10% of their winnings as a "tip" or fee for participating in the pool. With over 500 participants who paid an annual $100 entry fee, thousands of dollars were generated for winners and for Moore in the "tips" or fees he collected. Moore ran other similar pools on other sporting events and collected fees in a similar way.

Moore allowed bettors to make bets on credit, without having to pay until they lost their wagers, and at times, allowed losing bettors to lose multiple bets and incur debt before they paid Moore. Individuals who placed wagers with the Moore Gambling Business also could avoid paying taxes on their winnings because, as an illegal business, the Moore Gambling Business did not report its business activities to the IRS.

DeAngelo also accepted wagers on individual sporting events from gamblers. In some of

those cases, DeAngelo acted as the "bookmaker" on those bets, and in other cases, directed gamblers to Moore and the Moore Gambling Business. DeAngelo also made substantial wagers himself with the Moore Gambling Business (as well as other gambling outlets) and, at times, had Moore apply DeAngelo's lost wagers to DeAngelo's fees for his participation in the Moore Gambling Business.

## Financial Account Activity

There was substantial financial account activity involved in the operation of the Moore Gambling Business and other gambling by DeAngelo. For example:

      A.  <u>James Moore Accounts</u>

Records from Moore's PayPal account ending in #1544 show that from January 2018 through July 2023, in numerous transactions in this account with other PayPal users, Moore received a total of $903,799 and transferred out a total of $630,635. A significant number of the transactions in these PayPal records were from individuals making payments to Moore and they included notations that referenced sporting events and gambling activity, *e.g.,* "March Madness," "NBA," and "Thanksgiving Football."

Of the $903,799 Moore received in his PayPal account, PayPal records reflect that from January 2018 through July 2023, Moore transferred $448,795 to personal accounts he held at Police and Fire Federal Credit Union ("PFFCU"), Philadelphia Federal Credit Union ("PFCU"), Citizens Bank, and JP Morgan Chase Bank ("Chase Bank"). This activity reflects that he was using PayPal to receive payments in his gambling business, and he was transferring funds to his personal account, that at least in part, represent revenue from his illegal gambling operations. The PayPal records also show that from January 2018 through July 2023, Moore transferred $47,835 to DeAngelo, and DeAngelo transferred $9,070 to Moore.

Records from Moore's Venmo account ending in #2976 show that from January 2018 through July 2023, in numerous transactions with other Venmo users, Moore received a total of $183,421 and paid a total of $82,225. Like the PayPal transactions discussed above, most of these Venmo transactions included notations referring to sporting events and sports betting. Of the $183,421 received, Moore transferred $17,412 to accounts he held at Citizens Bank and TD Bank.

Records from Moore's Cash App account showed that from August 2018 through December 2024, in numerous transactions with other Cash App users, Moore received a total of $919,898 and transferred out a total of $383,060. Many of the notations associated with the transactions referred to sporting events and sports gambling relating to sports gambling, such as "super bowl," "football pool," "1st game," and emojis of sports symbols. Of the $919,898 that Moore received, he transferred $631,077.81 to personal accounts he held at PFFCU, PFCU, Chase Bank, and WSFS Bank.

Examples of transactions in this Cash App account involving one apparent bettor are transfers between Moore and the display name for the bettor, "Phillip." Between September 2020 and May 2022, Phillip paid Moore $46,396.11 in 48 separate transactions. Several of the subject lines associated with the transactions from Phillip to Moore directly referenced sports. During this same approximate time, Moore paid Phillip $10,215 in 25 separate transactions. The P2P records suggested that Phillip paid Moore to make 45 bets and Moore paid Phillip for approximately 25 winning bets.

Records from the Apple Pay "Joseph Moore" account from May 2019 through May 2023, show that in numerous transactions with other users, Moore received a total of $578,558 and transferred $394,471. Many of the usernames and dollar amounts in these transactions were the

same or similar to those in other transactions in accounts discussed here, making clear that these were sports gambling transactions. Of the $578,558 received, Moore transferred $338,496.43 to accounts he held with PFCU, Chase Banks, PFFCU, and WSFS. From this Apple Pay account, Moore directly exchanged funds with DeAngelo and others involved in the operation, such as Person #1 and Person #2 who were collecting and transferring funds for Moore.[4]

### B.  James DeAngelo Accounts

Records from DeAngelo's PayPal account ending in #2427 show that from January 2019 through October 2024, in numerous transactions with other PayPal users, DeAngelo received a total of $1,158,551 and transferred out a total of $1,548,835. Most of the funds that DeAngelo transferred out of the PayPal account, specifically, $919,698, were transferred to accounts controlled by DeAngelo at PFFCU, Bank of America ("BoA"), Chase Bank, Discover, American Express ("AMEX"), Citibank, and Commerce Bancshares Inc. A small number of the deposits into DeAngelo's PayPal account included references to sports and sports betting in the notes. In many of the transactions in this account, there were notations that referenced Moore, such as "JM," "For JM," "Joe M," and "Joe. From this PayPal account, DeAngelo engaged in numerous transactions with Moore and others involved in the Moore Gambling Business.

Records from DeAngelo's Venmo account ending in #3049 show that from January 2018 through July 2023, in numerous transactions in this account with other Venmo users, DeAngelo received a total $301,011 and transferred out a total of $221,785. Similar to the transactions in DeAngelo's PayPal account, there were often references to sporting events and sports gambling in the notations relating to the transactions. In this Venmo account, DeAngelo also received 42

---

[4] As he admitted to authorities, Moore's financial records also reflected financial exchanges between Moore and Person #6, whom he used occasionally for financial assistance in the gambling operation.

payments totaling $29,607 with notations, "Joe M," "JM," and similar references to Moore. Of the $301,011 transferred into the Venmo account, DeAngelo transferred $18,977.87 to accounts he held at PFFCU, PFCU, and Discover.

DeAngelo's financial records also reflected that he was making payments via PayPal and Venmo to the individuals involved in the overseas website, including Person #3, Person #4, and Person #5. Other records showed DeAngelo communicating with those individuals in connection with the Moore Gambling Business.

### Email and Electronic Communications Activity

Moore, DeAngelo, and other participants in the Moore Gambling Operation engaged in substantial email and electronic communication activity, including iMessages and texting. Bettors communicated with Moore, DeAngelo, and other individuals conducting this business, such as Person #1 and Person #2, about making bets and the transfer of funds relating to the betting activity. For example:

During the operation of the Moore Gambling Activity, from several different accounts, Moore sent emails to hundreds of bettors that discussed betting parameters for sporting events, including descriptions of the betting rules and payment details. DeAngelo was included on the blind copy line ("BCC") for a substantial number of the gambling emails that were sent to numerous bettors, reflecting his conspiratorial activity with Moore.

As an example of one of these gambling emails, on January 2, 2024, Moore sent an email to over 300 individuals in which he explained rules for a block pool for the NFL Super Bowl that was to be held on February 11, 2024. In the same email, Moore also provided a deadline of January 12, 2024, for bettors' payments and provided information about where to make payments.

Moore's email accounts contained numerous emails between Moore and DeAngelo in which they discussed the gambling operation. For example, on April 1, 2019, Moore sent an email to DeAngelo stating that bets will be $200 a block and that payments can be made through Cash App, PayPal, or checks/cash. DeAngelo responded to Moore in an email, explaining that he was going to make a bet and to take it "off our total." This communication shows that Moore and DeAngelo were working together in the gambling operation and that DeAngelo was also placing his own bets with Moore.

In another email around this same time, DeAngelo directed Moore to a website that posted "lines" or betting odds. DeAngelo told Moore, "Use that site for the updated lines. They will usually have a line When no lines are available." DeAngelo and Moore engaged in other correspondence like this showing that DeAngelo was helping to manage the websites they used for posting lines and other aspects of the gambling operation.

Similarly, in August 2023, Moore texted DeAngelo, "Can you get an account added with the password 'Test'" followed by "And then like 8 more open accounts please." Additionally, on December 17, 2023, Moore texted DeAngelo, "Jyc282 is getting capped at $500 max bet for ncaab…can up that to $1000?" Likewise, in May 2024, a gambler sent an electronic message to DeAngelo that read, "I can't get on the site for some reason. Can you show me the royals rangers line," and "I'll make you a deal. Cancel my bet but if it wins pay me half."  Likewise, in August 2023, an apparent gambler sent a message to Moore that read, "Close out both parlays please New York Yankees game +100 New York Yankees 1st 5-113," and "Phoenix +3.5 is what I'm looking to buy up to RISK 750 WIN 500. I put BOTH sides on SITE and you have to adjust the spread and juice later on IF it comes into play."

Numerous emails and texts also reflected that Moore was conducting this gambling

operation from his Probation Department office. For example, on January 29, 2024, Moore directed Person #2 in an electronic communication to withdraw $2,000 from his account for a winning better. Person #2 responded to Moore: "Sounds good. I'll do it before I leave for field. Should I put it in your desk?" Moore replied, "Yeah top drawer please." Google records reflected that Moore regularly used one of the Gmail accounts for his gambling business activity from his Probation Department office.

**V.     PLEA AGREEMENT**

The parties have executed a plea agreement that will be presented to the Court during a hearing regarding entry of the guilty plea. The agreement includes a supplement to be filed under seal.

**VI.    CONCLUSION**

The government requests that the Court conduct a hearing under Federal Rule of Criminal Procedure 11 and if warranted then accept the defendant's plea of guilty.

                                    Respectfully submitted,

                                    DAVID METCALF
                                  United States Attorney


                                  */s Louis D. Lappen*
                                  LOUIS D. LAPPEN
                                  Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

    I hereby certify that this Change of Plea Memorandum has been served today, via email, on counsel for the defendant, James A. Funt, at **jfunt@weirlawllp.com**.

                                                */s Louis D. Lappen*
                                                LOUIS D. LAPPEN
                                                Assistant United States Attorney

DATED:  October 27, 2025.