UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v. : CRIMINAL NO. 25-440-1

JOSEPH M. MOORE :

Joseph M. Moore, the above-named defendant, who is accused of conducting an illegal gambling business, in violation of 18 U.S.C. § 1955, being advised of the nature of the charges and his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

JOSEPH M. MOORE
Defendant

Witness Tyler Helms, FBI

JAMES A. FUNT
Counsel for Defendant