**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | **NO. 25-440-1** |
| | : | |
| **JOSEPH MOORE** | : | |

## ORDER

**AND NOW**, this 7th day of April 2026, upon noting Defendant mistakenly filed the Presentence Investigation Report as an Exhibit (ECF 44-1), and finding good cause for a limited seal to remove personal identifiers from the public docket, it is **ORDERED** we:

1. Direct the Clerk of Court to **SEAL** and **IMPOUND** Defendant's Exhibits (ECF 44-1); and,

2. Require Defendant file a Notice of exhibits, by no later than **April 8, 2026**, attaching exhibits A and 1-32 which do not warrant a seal.

**KEARNEY, J.**