**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIMINAL NO. 2:25-CR-00440** |
| **JOSEPH MOORE** | : | |

**DEFENDANT'S NOTICE OF SENTENCING EXHIBITS**

Undersigned Counsel, on behalf of Joseph Moore, respectfully submits this Notice of Exhibits, attaching hereto Exhibits A and 1-32 to accompany Defendant's Sentencing Memorandum filed on March 26, 2026.

DATE: April 7, 2026

Respectfully submitted,

JAMES A. FUNT, ESQUIRE

**CERTIFICATE OF SERVICE**

I hereby certify that this Notice of Sentencing Exhibits has been served by email on:

Louis Lappen
Assistant United States Attorney

JAMES A. FUNT, ESQUIRE

DATED: April 7, 2026

# EXHIBIT A

Dear Judge Kearney,

First and foremost, I take full responsibility for the circumstances that bring me before the Court. I have no excuses and no one else to blame. Several years ago, I alone made a decision that I wrongly believed would lead to extra income, cause no harm, and never warrant the attention of law enforcement. I now understand how profoundly wrong that judgment was.

I would also like to offer my sincere apology to the Court. As a former member of the law enforcement community, I fully appreciate the value of your time and the importance of your work. I am deeply embarrassed that my actions required the use of government resources. I should have known better.

Despite my current circumstances, I can honestly say that I have always strived to be a good person. I am happily married to my best friend, my wife Georgeann, and I aim every day to be the husband she deserves. She is the most inspiring, hardworking, and selfless person I know, and I cannot imagine my life without her. We have three wonderful children: Ava (11), Jack (10), and Grace (8), and being their father is the greatest privilege of my life.

Beyond my role as a husband and father, I have also always sought to be a good son, a good brother, and a loyal friend. For over 20 years, I served as a Probation and Parole Officer for the City of Philadelphia, supervising thousands of offenders. Not one of them would say that I treated them unfairly or without respect. I approached my work with empathy and an open mind, doing everything I could to help; whether that meant finding employment, securing treatment, helping a struggling new parent with some baby clothes, or simply listening to someone who had no one else to hear them.

Prior to the FBI arriving at my home on January 29, 2025, I was operating an illegal gambling operation that had become completely unsustainable. While there was a period of profitability, the years that followed were marked by constant setbacks. I had bettors who won significant sums: some in the $5,000 to $10,000 range, others between $15,000 and $20,000, and in one particularly devastating case, $30,000. To pay these winnings, I often had to borrow money with interest, and hope that those same individuals would eventually lose it back.

At the same time, I never threatened or harmed anyone who owed me money, which meant many debts went uncollected or were paid weeks later at a reduced amount. Winners, however, expected immediate payment. I was constantly scrambling to stay afloat, running extra block pools just to maintain cash flow. From the outside, my life appeared ideal, but in reality I was suffering from severe anxiety, chronic sleeplessness, and mounting debt, all of which I was hiding from my wife. Most troubling of all, I felt completely trapped, convinced there was no way out.

The knock on my door on January 29, 2025, changed everything. At the time, I believed it marked the worst moment of my life. The anxiety I experienced in the months that followed was overwhelming. My marriage, my career, and my freedom all felt irreparably damaged. I woke up each day physically ill with fear, unsure how I would survive what lay ahead.

Knowing charges were imminent, I resigned from the only profession I had ever known and faced the daunting reality of starting over at 42 years old. I was certain my wife would leave me. She had lived an exemplary life, rising to a respected leadership role at the Lewis Katz School of Medicine at Temple University, and had no idea my actions could lead to FBI involvement. Watching her bear the consequences of my choices was my rock bottom.

Yet, in the midst of that chaos, positivity began to emerge. A close friend, aware of my situation, offered me an opportunity when I needed it most. In March, I began working at Crystal Clear Signature Pools & Outdoor Living. Despite having no prior experience in the industry, I committed myself fully. Over the past nine months, this job has become my new home. I am proud of the work I do, and I finally feel purposeful and hopeful again.

My wife has seen profound changes in me, changes she often tells me she is very proud of. I am no longer consumed by constant messages and distractions tied to my former lifestyle. I am mentally present with my family, engaged as a husband and father, and at peace in a way that I haven't been in a very long time. My marriage is stronger than it has ever been. I love my work, see a future in it through retirement, and have completely severed ties with the gambling world. I have no interest in returning to that life. Looking back now, I truly believe that knock on my door was the greatest thing that ever happened to me.

Your Honor, I have spent my life trying to be a good person; a good person who made a very serious mistake and became trapped by it. I respectfully ask that you consider all aspects of my life when deciding my sentence. I assure you that this experience has permanently changed me. My wife and I have completely shielded our children from this entire situation so far, but when they are older, I will definitely share this chapter of my life with them as a cautionary lesson.

For 20 years, empathy was the most important tool I carried as a Probation Officer. I humbly ask for your empathy now and for the opportunity to prove that incarceration is unnecessary in my case. Thank you for your time and consideration.

Respectfully,

Joe Moore

# EXHIBIT 1

Douglas K. Morrison Jr.

7422 Hill Road

Philadelphia, PA 19128

Dkm_629@yahoo.com

267 496 2825

November 15, 2025

The Honorable Judge Kearney

RE: Character Reference Joseph Moore

Dear Judge Kearney:

Good afternoon, Judge Kearney. I hope this letter finds you well. My name is Douglas K. Morrison Jr. and have been in law enforcement for almost 20 years and my current assignment is that of detective. I have known Joe Moore, his lovely wife Georgeann and their beautiful children Ava, Jack and Grace for over six years. My wife Amanda and I met Joe and Georgeann at our children's preschool and we have been fast friends ever since. My wife and I are very close with Joe, Georgeann. and their family and we know them very well. We share many social activities together and our children love each other's company.

Joe and I have coached our sons in baseball, basketball and football. Georgeann and I coached our girls in basketball. I have the distinct privilege of having Joe currently coaching my son's football team. Joe is a passionate and dedicated football coach. Joe's interactions with each boy on the team foster a healthy and positive learning environment. My son Declan looks forward to each practice and game. I have zero reservations about Coach Joe being a valued role model for my son now and in the future. I know the other parents feel exactly the same.

Joe and Georgeann welcome everyone into their home. Whether it is a birthday party, a friend's dinner, to watch a ball game or just to hang out, they make EVERYONE feel at home. Their extended families are always included, so we all feel like part of their family. Our close group of friends all have had the distinct privilege of meeting and getting to know Joe and Georgann's parents and siblings and that means a tremendous amount. It shows how much Joe and Georgann value family and friendship together. It also shows their trusting, kind and openhearted nature.

My wife and I both come from families of law enforcement. My father was a police officer for almost thirty years and my father-in-law was a federal agent for over thirty years. With almost twenty years of service, I see every single day crimes and the effect on families and the community

at large. I also see the benefits of second chances. If I had the slightest bit of trepidation when it came to Joe Moore and this unfortunate situation, I would have pause and wouldn't even give it a second thought. In this case, Joe deserves a second chance. He is a man of sound character, extreme generosity and an outstanding husband, father and friend. For me, Joe's true character came through when he offered unwavering concern and support when my mother died last year and that's something I will never forget.

A man's true character comes through when he is needed by others and wants nothing in return.

I respectfully ask that you consider a fair and just decision based on the circumstances and Joe Moore's character. I sincerely believe that Joe Moore is capable of positive change and will continue to contribute positively to society. Joe realizes the gravity of his situation and the mistake he has made. He has changed his life and it shows his resolve. His main concern is his wonderful family and they are his whole world.

I can be contacted at any time to discuss my unwavering support of Joe Moore.

Sincerely,

Douglas K. Morrison Jr.

# EXHIBIT 2

Dear Judge Kearney,

My name is Gia Malvestuto, former Philadelphia Adult Probation Parole Officer and I am writing this letter in strong support of Joseph Moore, with whom I had the privilege of working with during his time as a Probation Officer in the High-Risk Unit for about 9 years. Throughout our time as coworkers, I witnessed firsthand his professionalism, compassion and unwavering dedication to helping others succeed.

Joseph consistently went above and beyond in his role, working closely with clients who faced significant challenges and barriers to reentry. His approach balanced accountability with genuine care, which earned him the respect of both colleagues and clients alike. Many individuals under his supervision made substantial progress, reconnecting with their families, finding stable employment and becoming active, contributing members of the community. Joseph is a person of integrity, empathy, and commitment to public service. He treats everyone he encounters with fairness and respect and has a unique ability to motivate others to reach their potential.

Outside of work, Joseph is a devoted husband and father of three. He is deeply involved in his children's lives and actively participates in all of their sports and extracurricular activities. His commitment to his family mirrors the same dedication and compassion he demonstrates in his professional life, reflecting his strong values, patience, and sense of responsibility. I have no doubt that he will continue to make a positive impact not only his life but everyone around him.

**Sincerely,**

Gia Malvestuto

# EXHIBIT 3

Dear Judge Kearney,

My name is Stephen Lawless, owner of lawless plumbing & mechanical llc. Father of 4 kids. My wife and I run a small plumbing company with 6 employees. Our employees are all young men we trained and taught a trade to. I met Joe Moore through a troubled time in my life as my probation officer. We met in 2010. He was the only one to ever try and help me. He didn't treat me as if I were a burden or another case load. He helped me get work, schooling, and always asked how things were going. He genuinely cared. He introduced me to his brother in law who is a public adjuster and gave me a lot of small plumbing jobs. I also ended up helping his parents out with issues at their house. Joe is someone I look up to as a positive role model. He still reaches out randomly to check in on me during our busy lives. His brother in law and I are also still great friends and work partners. Joe is a great guy and is always trying to help everyone he knows. He is also a great father and husband. He puts everyone before himself. I honestly believe without Joe's help in life I wouldn't be the man I am today. I am a proud family man and business owner. I am also glad to try and help the youth the way Joe did for me.
Thank you, sincerely Stephen lawless

# EXHIBIT 4

To the Honorable Judge Kearney,

My name is Jen Morganheira, I am a mother, a teacher, and friend to Joseph Moore. I have known Joe for three years now. We met in our community as our children attend Immaculate Heart of Mary School in Roxborough together. Our sons are best friends and his daughters, even though they are older, often play with my younger daughter. To say we spend a lot of time with Joe and his family would be an understatement. During the time we have known Joe we have spent countless hours spending time together, whether that be on vacations with our kids, parties at school, sporting events, family dinners, or even just hanging out in each other's houses. During these countless hours I have come to known Joe as more than just a "parent from school". He became one of my good friends.

I consider Joe to be an honest, kindhearted, selfless individual, it doesn't hurt that he is also one of the funniest people I have ever met. Joe's presence in every room is known, in a positive way. He makes everyone feel like they have known him for years, even people he has just met. He is an adoring father, always involved in the activities and sports his children play. Joe coaches my son in Flag Football and really takes the time to teach the kids while also instilling in them the positive values brought on by such a sport. He is great husband to his wife Georgeann, who is also one of my good friends. This past year has been hard for them, but you would never know it. They are positive and uplifting, always organizing fun events for us and other families, and always willing to lend a helping hand when needed.

I know that Joe faces charges for his suspected actions and I have to say that it hasn't changed my opinion about him. He is still just "Joe Moore" to me, the guy that will make you laugh so hard you cry, even when you've had a bad day. The guy that everyone wants to be around and know. No matter what happens I know he will always remain true to himself and his character. He has a heart of gold, and I think that should be known.

Sincerely,

Jen Morganheira

# EXHIBIT 5

Joseph Brogan
854 Green Valley Drive
Philadelphia, PA 19128
JLB003@hotmail.com
215-852-9337

Dear Judge Kearney,

My name is Joe Brogan and I am writing this letter in reference to the character of Joseph Moore. I have lived in Philadelphia my entire life and have worked for the City of Philadelphia for more than half of it, over 30 years. I am currently a Program Director for the Parks & Recreation Department, with my office located at One Parkway Building at 1515 Arch St. I have also officiated NCAA basketball for over 20 years and pride myself on the fairness and objectivity that this avocation requires. I have been married to my wife, Jordan, for 11 years and we are parents to a 10 year old girl and an 8 year old boy. Our children, Joey and Jackson, attend Immaculate Heart of Mary Catholic School, the same school that the Moore children attend. This is how I have come to know Joe, his wife Georgeann, and their children, Ava, Jack, and Grace. Over the last 5 years, our families have become very close and have spent a considerable amount of time together. It is this experience, combined with my background, that I believe makes me both a knowledgeable and reliable source on the character of Joe Moore.

When Joe and Georgeann were first approached by law enforcement regarding this case, I was one of the first calls they both made. Immediately, they expressed the desire to be completely honest with investigators and to cease the activities in question at once, which Joe did and has done. Although this situation has been extremely stressful for their family, Joe has stated numerous times how relieved he is that this has caused him to be out of this business completely. The honesty and forthrightness he has displayed is no surprise to me, knowing well how the Moores operate in their daily lives. Joe has taken full responsibility for his actions around this and regrets ever being involved with these activities. In fact, Joe has stated to me and other friends how happy he is that this has propelled him into a new career where he feels more productive and is able to put his extraordinary people skills to better use. He has taken this unfortunate situation and has used it as a springboard to redirect and rejuvenate his career trajectory.

Outside of work, Joe is a dedicated family man and a pillar of our community. Everyone knows and loves Joe Moore because of his vivacious personality, great sense of humor, and his presence at all of the kids' sporting events and other activities. When he isn't coaching or lending a helping hand with one of their sports teams, he is there to support them on the sidelines. He has coached both of my children in sports, my son in flag football and my daughter in basketball, and I have coached his, enabling us to spend countless hours together, on and off the field or court. He is a person that I can not only share a hearty laugh with, but also have serious conversations with about relationships, family, and our plans for the future. When my wife was recovering from surgery last year, Joe was the first to offer help by way of running errands for us and even delivering a meal so we didn't need to worry about that for a night. With the amount of food they brought, it was more like a week! When Georgeann needs to travel for work, Joe performs or coordinates all of the things that go into caring for 3 active children, while still handling his work and volunteer commitments. Joe is obviously counted on by his family, and has also come to be relied on by his friends and the larger

community that we are a part of.  Taking away his freedom by imposing any length of prison sentence would create a serious deficit among all 3 of these groups of people, no doubt hardest felt by his family.  My sense of justice tells me that this consequence is not warranted, nor would it serve any valid purpose, for 2 reasons: 1.) Joe has not harmed anyone by the commission of this crime for which he has taken full responsibility and 2.) Confinement would actually prevent him from doing all of the selfless things that he does day to day.  In his self-deprecating way, Joe will joke that he is "just the Dad", but I would add to that phrase that he is just the KIND OF Dad that any child would be lucky to have and kept close to them.  Thank you for taking the time to read my letter. For confirmation or any clarification, I can be reached at the email or cell phone in the header above.

Sincerely,

Joe Brogan

# EXHIBIT 6

Dear Judge Kearney:

My name is Frank Tobin. I am a self-employed general contractor, and I am writing this letter on behalf of my nephew, Joe Moore, whom I have known since his birth.

During Joe's high school and college years, he worked part-time for me in construction. In that time, he consistently proved himself to be hardworking, dependable, and conscientious. He showed up on time, followed direction, and took pride in the quality of his work. In a profession where reliability and trust are essential, Joe earned both. These qualities reflect the type of person he is and how he approaches responsibility.

I believe the circumstances that bring Joe before the Court have had a profound impact on him. From my perspective, this experience has been a difficult but meaningful lesson—one that he takes seriously and has learned from. He understands the consequences of his actions and has shown genuine reflection and remorse.

Most importantly, Joe is a devoted husband and an involved, caring father. He is actively engaged in his children's lives and takes his role in their upbringing seriously. His family relies on him for stability, guidance, and support, and he has always made their well-being a priority.

I respectfully ask the Court to consider Joe Moore as a whole person—someone who has demonstrated strong character, a solid work ethic, and deep commitment to his family. I believe he has the capacity to move forward in a positive direction and continue contributing meaningfully to his family and community.

Thank you for your time and consideration.

Respectfully,

Frank Tobin

# EXHIBIT 7

December 24, 2025

Re: Character Reference for Joe Moore

Dear Judge Kearney,

My name is Bruno Morganheira, and I am both a friend and coworker of Joe Moore. I met Joe and his family approximately three years ago through our close-knit school community. From the very beginning, I was drawn to Joe's infectious sense of humor and his remarkable ability to lift the spirits of those around him with quick wit and lighthearted charm.

I am writing to you in light of the unfortunate circumstances Joe is currently facing. Despite this significant setback, my opinion of Joe—as a friend, colleague, father, and husband—remains unchanged. Throughout this difficult period, Joe has remained strong, positive, and present for the people who depend on him daily. I spend a great deal of time around his family, and his optimism and resilience continue to be genuinely inspiring. I have no doubt that Joe understands his mistake, takes responsibility for it, and is committed to making things right while continuing to be a positive influence in the lives of his family and friends.

When I first learned of Joe's situation, I immediately reached out and offered him a position at my company, Crystal Clear Signature Pools. I believed his professionalism, charm, and positive attitude would be valuable assets to our organization. Joe was hired as our Brand & Partnerships Coordinator, with a primary focus on expanding our presence and strengthening our brand within the custom outdoor living industry.

Joe has exceeded our expectations. He is punctual, respectful, and consistently courteous, and he communicates exceptionally well with both clients and colleagues. In just nine months, he has established himself as a trusted and integral member of our team and a key contributor to our company's future plans. He continues to impress us through his work ethic and character.

Meeting Joe and his family has had a meaningful impact on my life, and I am confident he has had a similarly positive influence on many others. Our daily interactions—both professionally and personally—serve as a reminder that while life can be challenging, being surrounded by good people makes perseverance possible. Joe Moore is, without question, a good person.

Thank you for your time and consideration.

Sincerely,

Bruno Morganheira
Friend and Coworker

# EXHIBIT 8

To Whom it May Concern,

I am writing to provide a character reference for Joseph Moore, who has been both a neighbor and a close friend to my wife and me since 2021. Joseph is deeply committed to his family, not only as a devoted father but also as a loving and supportive husband. His relationship with his wife, Georgeanne, is built on mutual respect and partnership, and he consistently prioritizes spending quality time with her and their children—Ava, Jack, and Grace. He ensures his family's needs come first, whether it's attending school events, cheering at sports games, or supporting their social activities.

Beyond his dedication to his family, Joseph has proven to be an exceptional friend and neighbor. He is always willing to lend a helping hand, whether it's assisting with car issues, watching our dog, or simply being there when needed. His reliability, kindness, and sense of community make him an invaluable part of our lives.

In my experience, Joseph exemplifies integrity, responsibility, and compassion. He is someone you can trust and depend on in any circumstance. I wholeheartedly advocate for Joseph Moore and believe his character speaks for itself.

Please feel free to contact me if you require any additional information.

Best Regards,

Christopher Navickas

*Christopher Navickas*

721 Seffert Street
Philadelphia PA, 19128
215-990-7957

# EXHIBIT 9

To Whom it May Concern,

I am writing to provide a character reference for Joseph Moore, who has been both a neighbor and a close friend to my wife and me since 2021. Joseph is deeply committed to his family, not only as a devoted father but also as a loving and supportive husband. His relationship with his wife, Georgeanne, is built on mutual respect and partnership, and he consistently prioritizes spending quality time with her and their children—Ava, Jack, and Grace. He ensures his family's needs come first, whether it's attending school events, cheering at sports games, or supporting their social activities.

Beyond his dedication to his family, Joseph has proven to be an exceptional friend and neighbor. He is always willing to lend a helping hand, whether it's assisting with car issues, watching our dog, or simply being there when needed. His reliability, kindness, and sense of community make him an invaluable part of our lives.

In my experience, Joseph exemplifies integrity, responsibility, and compassion. He is someone you can trust and depend on in any circumstance. I wholeheartedly advocate for Joseph Moore and believe his character speaks for itself.

Please feel free to contact me if you require any additional information.

Best Regards,

Christopher Navickas

*Christopher Navickas*

721 Seffert Street
Philadelphia PA, 19128
215-990-7957

# EXHIBIT 10

To whom it my concern, I am writing this letter in reference to Joseph Moore, 723 Seffert St., Phila P. 19128. My name is George Walters, 2100 Claymont Dr. Quakertown Pa. 18951. I am retired SEPTA Safety Officer and a retired USMC Marine (30 years reservist).

Joseph married my niece Georgeann on May 3, 2013. They have three (3) children: Jack, Ava and Grace. All three were baptized and received communion in the Catholic faith. My wife and I attended all of their ceremonies.

From the time I met Joe he has always been polite and courteous. He sets a great example for the children. All three children are good students in school with the help of Joe an Georgeann. Also, all three children are active in ports:

Jack – football, basketball and baseball

Ava – softball and basketball

Grace – softball and basketball

Joe and Georgeann coordinate all three children's attendance in practices and games.

Joe has always been a caring and loving husband and father. When Ava broke her leg, Joe was there to get her medical attention. When Grace had covid and was hospitalized, Joe was with her in the hospital at her side.

Joe has always been a responsible husband, father and friend. If there was ever an issue with a car, home or health, Joe was the first to respond.

Joe is also a loving and caring Son. His father is a retired PECO employee (20 years) and an IBX employee (18 years). His mother works in the Philadelphia Court System for Judge Joseph O'Keefe.

In the time that I have known Joe, I am very proud to have him as a family member.

If I can answer any questions, I may be reached at 267-319-4224

Sincerely,

George Walters

George Walters

# EXHIBIT 11

October 31, 2025

Dear Judge Kearney,

My name is Georgeann Moore, and I serve as Assistant Dean of Development & Alumni Relations at the Lewis Katz School of Medicine at Temple University and Assistant Vice President for Temple Health at Temple University. I am writing as the wife of Joseph Moore and the mother of our three children: Ava (11), Jack (10), and Grace (8). I have known Joe for 16 years, and we have been married for 12. Thank you for allowing me the opportunity to share a glimpse into the man my husband is today and the profound ways this experience has changed our family.

I can honestly say that, while this experience has been heartbreaking, I am also grateful in some ways that it happened because it forced Joe to confront what was holding him back and allowed him to finally put this chapter behind him. For years, he was caught in something that became a trap, one he couldn't escape because of financial pressures and the debts that he secretly incurred, which deeply hurt our family. Now, that weight has lifted. He is free from the secrecy and stress that once consumed him, and he approaches every day with a clear mind and a deep desire to do right by his family.

Since the day federal agents came to our home, our lives have been forever changed. That moment shook the very foundation of our family and, in many ways, changed my husband's DNA. He has carried deep remorse and reflection ever since, and I have witnessed firsthand his transformation, in character, in priorities and in his daily life. He has become more open, patient, and present, a man who no longer has to hide behind stress and distraction.

He is the heartbeat of our home, where love and laughter are the soundtrack. Joe is truly the person our children look to for stability, laughter, and comfort. The thought of his absence is a pain I cannot fully put into words. It would be a living grief that our family should not have to endure. Our children need their father, his guidance, his presence at the dinner table, his hugs before bed. Losing him physically, even for a short time, would be traumatizing in ways that would ripple through their lives for years to come. As a mother, this is truly my biggest fear.

Between the three kids, we juggle eight different sports and he is always there. He coaches Jack's flag football team, has coached basketball and is always on the sidelines cheering, tying cleats and telling our kids he believes in them. He is the dad who shows up. That is who he is.

Practically, our family depends on his income. His new position has brought stability, after the sudden departure from his probation officer position, and a renewed sense of purpose for him. Any period of incarceration would devastate us and the strides he has made in his new role. We would face overwhelming hardship, and the progress we've made as a family would unravel.

It is not just with our family. Joe helps people quietly. He has helped neighbors, friends, and family in need with things as simple as car trouble, shoveling or helping someone with a home project. As a probation officer, I have seen him so compelled to help the people he supervised that we packed bags of clothing and diapers for several new parents on his caseload. He was also able to help others find work. That is one of the qualities I love most about him: his instinct is to show up for others.

My husband has accepted full responsibility for his actions and is committed to continuing down this new path. I know he will spend the rest of his life making amends through the person he has become: a devoted husband, loving father, and a contributing member to our community. This experience has already been its own form of punishment with fear and uncertainty weighing heavily on all of us. Yet through it all, we have seen remarkable growth in him and a renewed sense of peace and honesty. He is now the man he was meant to be, and he is living that every day.

I can tell you with my whole heart that the world is NOT better off without Joe Moore. He is kind, eager to lend a helping hand, and lives each day with a spirit of joy that is infectious. The world needs him and, even more, his family needs him home.

In our home, we often come back to a poem called "A House Called Tomorrow," which is about legacy, survival, and building a future your children deserve. It reminds us that you are made from good, and that you carry forward more than just your own mistakes, you carry love, hope, and the responsibility to build something better for the people who come after you. That is what we are trying to do now. Our children deserve a tomorrow that still includes their father.

Your Honor, I humbly ask that you consider the man Joe is today, not just the mistakes of his past. Our family NEEDS him home. This experience has changed all of us, it has brought humility, perspective, a deep appreciation for integrity and, hopefully, a second chance for him to build his House Called Tomorrow.

Thank you for your time and consideration.

With deepest respect,

Georgeann

Georgeann Moore



Georgeann and Joe Moore's fast growing kids Ava, Grace, and Jack will be taller than them in the blink of an eye.

# EXHIBIT 12

53202 Delaire Landing Rd.
Philadelphia, PA 19114
December 4, 2025

Dear Judge Kearney:

I am writing this character reference on behalf of my nephew, Joseph Moore, who is currently appearing before this court. I have known Joe since the day he was born and I am his Godmother. I have had the opportunity to watch him grow and observe his character, values and behavior throughout the past 42 years.

Joe has always been a respectful and caring individual, who has always supported his family, worked hard and took responsibility for his actions.

I am fully aware of the severity of the current matter before this court, and while I do not excuse this situation or take it lightly, I believe he has shown remorse for his mistakes and is taking the necessary steps to correct them. I have seen him demonstrate maturity, accountability and a desire to make positive changes in his life.

I am hoping that you take this letter into consideration when evaluating Joe's character. I truly believe he will learn from this experience and move forward in a positive direction. Our family stands strong in supporting Joe and his future endeavors.

Thank you for your time and consideration in this matter.

Sincerely,

*Janice Romano*

Janice Romano
215-620-5004

# EXHIBIT 13

# RIDLEY HIGH SCHOOL

901 MORTON AVENUE
FOLSOM, PENNSYLVANIA 19033
(610) 534-1900 #1201
(610) 237-9641 FAX
jpena@ridleysd.org

MRS. JAMIE PENA
PRINCIPAL


November 25, 2025

The Honorable Judge Mark A. Kearney
United States District Court
Eastern District of Pennsylvania
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge Kearney,

My name is Jeffrey Lubas and I have been a school counselor at Ridley High School since 2005. I have had the privilege of being friends and fraternity brothers with Joseph Moore for the last 24 years as we met on the campus of Millersville University. During those 24 years, Joe has transformed from a fun & carefree undergrad to a dedicated father and loving husband all while maintaining the greatest sense of humor of anyone I have ever encountered.

While Joe's level of maturity has increased with age, his character was and is above reproach. Joe is well-liked by literally everyone who comes in contact with him. His sharp wit, thoughtfulness and concern for others allows Joe to make friends with people from any type of background. I have witnessed on a first-hand basis the love his three children have for him as it is a testament to the parenting style of both Joe and his wife Georgeann. However, what I find most endearing about Joe as a person is his trustworthiness. In the Spring of 2016, my wife and I were having marital problems to the point that a divorce was on the table. The entire situation was something that I did not feel comfortable talking about with family (despite them being aware of our circumstances). I also didn't want to share the news with friends as I felt ashamed and was unsure of how they would act around my wife and I in the future if we would stay together. To this day, Joe is the only friend I disclosed our situation to and I have the utmost confidence that he did not share our business with others. That level of trust is difficult to find in someone and rest assured that I am forever grateful that Joe was there for me in one of the most challenging periods of my life.

I am aware of the seriousness of the matter before your court yet my opinion of Joseph Moore remains unchanged. I am proud to call Joe my friend and am confident that he will continue to contribute positively to his family and the community around him. Thank you for taking the time to consider my perspective.

Sincerely,


Jeffrey Richard Lubas
660 Old School House Drive
Springfield, PA 19064
(484)-948-8712
jlubas@ridleysd.org

# EXHIBIT 14

November 11, 2025

Dear Judge Kearney,

My name is Joseph Labik, and I'm a fifth grade teacher in West Chester. I graduated from Millersville University in 2006, where I left with a lifetime of memories and special friendships. It's a rare thing to keep in touch regularly with your college friends through this ride we call life, but when they're one of a kind, these friends are worth putting in the extra effort. These are the friends who make sure you're there with them through thick and thin, the friends who are by your side on your life milestones, as well as those life hurdles.

Friendships can stand the test of time, and I am so proud to say that I have been friends with Joseph Moore for the past 23 years. I've drifted apart from many people through those years, but when I look back, one thought stands out: if you've been by my side for more than half of my life, you're clearly someone I can trust and count on.

From guy's nights and concerts, St. Patty's Days and date nights, weddings and birthdays, baptisms and births, through good times and bad; when I need someone to tell me a joke, recommend a new song or band, toss me a compliment, or fill me in on new shoes that are about to come out, the epitome of a close friend or a brother, an uncle or dad, is Joseph Moore.

In our 23 years of friendship, we've bonded over a shared love of burning rap CDs and mixtapes, which later evolved into making playlists that we'd send each other to stay current with the times. While our conversations have changed and sometimes weave back, depending on our children's favorite songs, one thing remains constant: no matter how much time passes, whether weeks or a month; whenever something reminds me of Joe, a quick text to him makes it feel like no time has passed since our last conversation or get together.

For the past decade, our friend Paul has organized a formal gentleman's night—a special occasion set aside once a year to meet up and reconnect with friends. When we got together this past winter, it came as a surprise and shock to learn about what Joe had been going through. Hearing Joe share this news with his close friends of over 20 years was both powerful and humbling.

True to Joe Moore's character, he still wanted to lift our spirits—telling jokes, making us laugh, and staying optimistic about overcoming this tough time with the love and support of his wife, Georgeann. Opening up about something so difficult was clearly therapeutic

for him and reaffirmed how grateful he is to have his family and closest friends by his side. At no point during that conversation, nor in the nearly nine months since, have I ever doubted Joe's integrity or moral compass. It's only made me reflect on his good natured character and friendship.

We all have made mistakes in the past 23 years, but something that I have learned from my own mistakes, is that they don't define me, they deepen my drive and determination to do better. Joe has taken all these steps to do just that, and he's thriving.

As the years passed by and parties came and went, every one of my friends who hung out with Joe immediately acted like he was their new best friend. They all love his happy demeanor and humor. His name and a chuckle will always follow when they ask how he's doing, and they'll constantly bring up a time from when he told them that funny joke. Joe instantly makes you feel like you matter, and he would do anything to make you feel happy, to laugh, and let it be known that he's done his job to make you smile.

Quick-witted and always smiling, he's kind and caring, loyal and ready to drop whatever he's doing just to meet up when you give him twenty minutes' notice that you'll be in the city. You'll share stories of upcoming trips you've taken, and, proud as can be, he'll tell you all about the sports his kids are involved in and how proud he is to see them succeed in what they love.

Joe, the dad, would do anything for his children. Ava, Jack, and Grace are his greatest motivation, and to them, he's the funniest dad in the world. His amazing wife, Georgeann, is his inspiration; she has done so much for their family in the face of adversity. Their love for each other is something truly special.

I can only hope that everybody, at one point in their life, has a friend like Joe Moore.

Thank you,

Joe Labik

# EXHIBIT 15

December 1st, 2025

To the Honorable Mark Kearney
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge Kearney:

My name is John Taylor, I am retired medical professional, and I have known Joseph Moore for approximately 3 years. I first met Mr. Moore as our sons attend Immaculate Heart of Mary School in Philadelphia. Over the past 3 years we have coached youth Flag Football together year-round in Philly NFL Flag, the largest Flag Football League in the city of Philadelphia, and I consider Mr. Moore to be a very good friend. I believe coaching and participating in a volunteer activity sports activity like this gives me a strong understanding of the type of man Mr. Moore is.

I find Joe to be an amazing man. He is honest, law-abiding, and generous with his time. He demonstrates genuine care for the kids we coach. I also know how important his children and family are to him, and I have witnessed him demonstrate positive and nurturing support to his son, who plays on our team.

Joe has demonstrated a strong commitment to our local community by coaching youth sports, he is responsible, empathetic, and quite frankly is great with the kids we coach. As an example of that, Joe understands the importance of playing time for each of our players and is the first coach to recognize and organize our kids to ensure each child is given equal playing time. While that may seem small, it is rare in youth sports today and I believe it demonstrates Joe's sense of fairness and wanting to make sure each kid has a positive experience. Joe does this every single week, always being the first adult to positively support each player we have. If a boy drops a ball, makes a mistake, Joe is there to pick the boy up, offer support and make sure the boy does not get upset. As a parent of 3 boys, who have played everything from little league baseball to college football, I can say with certainty, the positive character that Joe possesses is rare, and it goes to the quality of his personal character.

I conclude by saying this. I know and understand fully the charges before Joe, but I believe that does not define the man he is or his personal character. I know Joe to be a great guy, a responsible, thoughtful, and empathetic man who cares about his community and his family. I trust Joe a great deal, and I know he understands the issue before you today, and I hope, Your Honor is able to see Joe's value to his community and the degree of responsibility to which he has demonstrated to so many of his family and friends.

Sincerely,

John Taylor
542 Domino Lane
Philadelphia, PA 19128

# EXHIBIT 16

**From:** Jonathan Keller
**To:** Funt, James; Aponte, Mayda
**Subject:** Jonathan Keller
**Date:** Monday, December 15, 2025 9:05:15 AM

**This Message originated outside your organization.**

---------- Forwarded message ---------
From: **Keller, Jonathan J CIV DLA TROOP SUPPORT (USA)** <jonathan.keller@dla.mil>
Date: Thu, Nov 20, 2025, 2:43 PM
Subject: letter Moore
To: Jonathan Keller <jonkeller9@gmail.com>

My name is Jonathan Keller and I am a Procurement Analyst for the Defense Logistics Agency. I've had the privilege of knowing Joe Moore for 15 years. We have been together to celebrate marriages, birth of our children, family gatherings, and all major life events. My wife and I consider Joe and his wife as close as brother and sister to us. We first met in Manayunk when I lived on the first floor of a triplex and Joe and his girlfriend, now wife, lived on the third. For a while, our interactions were just polite hellos in the hallway—nothing more than neighbors passing by. But one day, fate stepped in and changed everything.

My grandmother owned a banquet hall in Northeast Philly, and they were clearing out some old beer. I had brough home three beer boxes stacked in my arms, carrying them across the street from my car, when suddenly the bottom box gave way. Bottles shattered everywhere, glass and beer spilling across the pavement. I was stunned, embarrassed, and scrambling to clean up the mess.

As I went inside to grab my dustpan, I heard a voice call out: *"Hey, I saw what happened from our window."* It was Joe, standing there with his own dustpan and brush in hand. We barely even knew each other's names, yet he came down to help without hesitation. That simple act of kindness was the beginning of a friendship that has lasted to this day.

Joe is one of the kindest, most understanding, and most loving people I've ever met. I often think back to that broken box of beer and thank God it fell apart—because from that moment came one of the best relationships of my life.

Over the years, Joe has shown me what true friendship looks like. He cares deeply for his family and friends, always ready to lend a hand or a listening ear. If I'm ever in need, I know I can count on him, no matter the circumstance. He's a pillar in his community, the kind of neighbor who shows up, the kind of father who never misses a school event, and the kind of man who dedicates himself wholeheartedly to his children's future.

Through life's ups and downs, Joe is steady—always there with a smile, always ready with a joke to lighten the moment. I am a better person for having him as a friend, and I truly believe anyone who crosses paths with Joe Moore is lucky. People like him are rare in this world, and I'm grateful every day that I get to call him my friend. No matter what happens, I will always have Joe in my life.

Jonathan Keller

Procurement Analyst

Procurement Process Support Directorate

DLA Troop Support

Direct: (445) 737-3508

DSN: (392) 737-3508

Email:  Jonathan.Keller@dla.mil

# EXHIBIT 17

Jordan Brogan

854 Green Valley Drive

Philadelphia, PA 19128

Jbrogan@cfarcounseling.org

215-390-6908

December 8, 2025

To the Honorable Judge Kearney:

I am writing this letter in support of Joseph Moore, whom I have had the privilege of knowing as a close friend for the past several years. Our children attend school together, and our families spend considerable time with one another. Through these shared experiences, I have come to know Joe as a devoted father, a caring friend, and a genuinely good-hearted person.

Joe is deeply committed to his family. He is actively involved in his children's lives—coaching their sports teams, driving them to activities, and spending meaningful quality time with them. It is evident that he loves his children immensely, and they rely on him in very real and important ways.

As a friend, Joe is consistently supportive, compassionate, and dependable. He is often the first to offer help—whether through a listening ear, words of encouragement, or simply his natural sense of humor that lightens difficult moments. He has always demonstrated sincerity and generosity to those around him.

One of Joe's strongest qualities is his willingness to acknowledge his shortcomings and work toward self-improvement. He has spoken openly and honestly about his mistakes, and I have seen him make a deliberate effort to grow for the sake of himself and his family.

In my professional life, I serve as the CEO of a community mental health center in Philadelphia. Through this role, I have seen firsthand how essential community stability and family support are in helping individuals succeed and move forward in positive ways. I firmly believe that allowing people to remain in their community—connected to their family, employment, and support systems—offers the greatest chance for ongoing success and rehabilitation.

Joe has taken accountability for his actions, and he remains a productive and contributing member of the community. I strongly feel that removing him from his family would not serve their well-being or the broader community. His wife and children genuinely need him, and I believe he is committed to continuing to be a positive influence in their lives.

Thank you for taking the time to consider my perspective. I am available should the Court require any further information.

Respectfully,

Jordan Brogan

# EXHIBIT 18

December 5, 2025

Hon. Mark A. Kearney
District Court Judge
Eastern District of Pennsylvania

Dear Judge Kearney,

My name is Joe Moore and my wife is Pat Moore, and for the past 43 years it has been our privilege and honor to be Joe's parents. During all those years he has shown himself to be of strong moral fiber and sensitive to the needs of others. I'd like to share with you a few examples of the kind of person I know Joe to be so to you can learn more about him as a person.

While in high school at Archbishop Ryan, Joe regularly volunteered with the Community Service Corps. Each year at Christmas time he worked with the group helping to distribute toys to underprivileged children in poor neighborhoods. During those same high school years, Joe's younger brother Mike was dealing with the effects of Tourette's Syndrome – a frustrating neurological condition that was very uncomfortable and embarrassing for him. As a result, Mike dealt with being bullied and suffered from occasional bouts of depression. During this time, Joe was a strong foundation for Mike to lean on, look up to, and stick up for him in social settings. He played a major part in helping his brother, and us as a family, get through a very difficult time.

In 2007 my father could no longer live alone, so we took him in to live in our home. Joe was not living with us any longer, but he made a significant effort to come over on a weekly basis and spend quality time with my father. These visits would include talking about his time serving in WWII, watching the Phillies, or just sitting and listing to music together. My father only lived with us a year before he passed away, but toward the end he often remarked that this was one of the best years of his life, getting to spend so much time with his son, and grandsons. Joe continued this type of family support in recent years when in 2023 my wife's mother took ill and needed to move into a nursing facility. Joe took regular trips to see her and sit with her, and often brought his kids (her great-grandchildren) with him. This was a great pleasure for my mother-in-law who often dealt with loneliness in last years of her life.

Finally, Joe has been a caring, thoughtful and loving father to our three grandchildren Ava, 11, Jack 10, and Grace, 8. It's not uncommon during the school year for Joe to be at a kids sporting event seven days out of the week. Whether that be helping to coach Jack's flag football team, attending a volleyball game for Ava, or a softball game for Grace, he is an ever-present figure in their lives – constantly providing support, encouragement and love.

Your Honor, I am happy that Joe is my son and proud that this man calls me "dad". His mom and I sincerely hope you will find him worthy of your mercy.

Respectfully,

Joseph and Patricia Moore

# EXHIBIT 19

**Joseph S. Duff III**
Managing Partner, Old Hat Investing
2020 West Avenue, Linwood, NJ

Duhfey@gmail.com

November 24, 2025

**Honorable Judge Kearney**
c/o James A. Funt, Esquire
Weir LLP
1339 Chestnut Street, Suite 500
Philadelphia, PA 19107

Your Honor:

My name is Joseph Duff III, and I am the Managing Partner of Old Hat Investing, a family-owned holding company with businesses and investments in Pennsylvania and New Jersey. I have known Joseph Moore since the second grade, and throughout our decades-long friendship, he has consistently been a person of loyal, steady, and solid character.

While I understand that Mr. Moore appears before the Court because of a lapse in judgment, I believe it is important to emphasize that this lapse—though it continued over time—originated from a single misguided decision that grew out of something as commonplace as a football pool. Although such pools are technically illegal, they are widely seen in schools, courtrooms, offices, and workplaces across the country. This context does not excuse his conduct, but it helps illustrate how an initial, seemingly minor misstep evolved into something that appears far more serious on paper than the life that Mr. Moore has actually led.

Joe has long been someone who inspires others to be better. Years before I had children of my own, he was the friend who convinced me to volunteer with Big Brothers Big Sisters, reminding me of the importance of mentorship and community involvement. He also played a crucial role in my decision to return to school and earn my degree in Management Information Systems. At a time when I doubted my own potential, Joe saw qualities in me that I could not yet see in myself. His encouragement changed the trajectory of my life and career, and I remain deeply grateful for his influence.

In the time following his arrest, I have witnessed Joe take on a new role and direction with his company, and the transformation has been remarkable. He is challenged, motivated, and genuinely happy with this new trajectory. Seeing this shift has been a tremendous blessing, not only for him but for those around him who recognize the effort he has made to rebuild and move forward with integrity.

It is my sincere belief that allowing Mr. Moore to continue this path is in the best interest of both his family and society. He is a devoted husband, a committed father, and a man who is now contributing productively and meaningfully to his community. It would, in my view, behoove the Court to make a decision that enables Mr. Moore to continue providing for his family, sustaining his personal progress, and maintaining his role as a responsible and engaged member of society.

Thank you for your time and consideration. I am available should the Court require any additional information.

Respectfully,

**Joseph S Duff III**
Managing Partner, Old Hat Investing

# EXHIBIT 20

Justin M. Falcone

970 Donald Drive

Warminster PA, 18974

Justin.falcone@yahoo.com

(267) 455-4996

November 30th, 2025

The Honorable Judge Kearney,

My name is Justin Falcone, and I am an active duty Philadelphia Police Detective for close to nineteen years now. I am writing this letter on behalf of Joseph Moore, whom I have known personally as a friend for more than thirty years. I am aware of the current legal proceedings regarding his case and wish to offer my perspective on his character and standing in the community for the courts consideration during sentencing.

Joe and I have been friends since grade school, he's the kind of guy that always ensures a good time is had by all. He's quick with a joke and has some of the driest wit of any person I may have ever met. Joe comes from a good family, I also know both of his parents who are hardworking people that raised Joe and his brother Michael properly. Joe is married to a wonderful woman, who I also know from school, and they are raising three fantastic kids together while living in Philadelphia. Joe is one of the most genuine, honest, hard working guys I have had the pleasure of knowing throughout my life; while what he has been accused of is extremely serious I cannot help but think that incarceration would be counterproductive in this matter. His wife and children rely on him to be there each night, I cannot imagine the damage it would cause them to have him absent from the home. I firmly do believe that Joe has taken responsibility for his actions in this matter and do believe that he has shown remorse for it. I have never thought Joe was anything other than an honest law abiding citizen and have no doubt he will be rehabilitated and move forward in a positive direction.

Thank you in advance for taking the time to read this letter, I hope and pray that it has some positive insight into the friend I have known for the majority of my life.

Respectfully,

Justin M. Falcone

# EXHIBIT 21

Katelyn Raynor
143 Ridgefield Road
Philadelphia, PA 19154
215-868-1304
Katelyn.raynor7@gmail.com
November 14, 2025

**Re: Character Witness letter for Joseph Moore**

Good morning Judge Kearney,

My name is Katelyn Raynor and I am currently an Administrative Officer for the Department of Defense. I met Joseph Moore in about 2017 when we worked together at the Philadelphia Adult Probation/Parole Department. In 2019, our building moved, and Joe sat across from me. Though we started out as coworkers, Joe has remained a very close friend of mine.

Joe has been to my yearly charity event I host for my son. He does everything he can to try and clear his schedule and make the event. If he cannot make it, he finds some way to support this cause, which benefits The Superhero Project, a non-profit organization for premature babies. Joe does this, not only because he knows how much it means to me and my family, but also to support a good cause. This shows the type of person Joe is- thoughtful, kind, and compassionate.

If you asked me what Joe's main ambition is, I could say to be a successful career man, but Joe has shown me his main ambition in life is to be a good husband and father. Joe is a family man. His wife and children are his top priorities. Joe coaches his children's sports teams, never missing games or practices. He is always doing something with his family, whether an easy day on the beach, a pumpkin patch, or lunch with Santa; if Joe's kids are there, he is there. His coaching also shows that he is a man who cares about his community. He volunteers countless hours each season, because he wants a tightknit and strong community. Volunteers, like Joe, are what create this atmosphere.

Though Joe is no longer a probation officer, he did everything he could to make a difference in his offenders' lives. I would see him come back to his desk after being in an interview with a client, and I could tell if it wasn't the 'typical' interview. Joe would sit for a bit then turn around and say, "He doesn't have clothes." Joe would start making phone calls to our resources to see how he could help his client. Some Probation Officers would say they felt bad for the person but did not take action. Joe made the phone calls and when he had something secured, he would contact his offender and let him know the exact steps to help him. Joe isn't only compassionate to people he knows, he was in his job as well. Joe did not see his clients as "offenders", he saw them as people. He treated each client with respect as all people deserve to be treated.

Joe is honest, generous, and absolutely trustworthy. I have family members who I do not let around my children. I only let positive influences around them. Joe has been invited to my home, met and hung out with my husband, and has met my three sons. I reach out to Joe every time my kids have a

game in his area, and he makes an effort to come see their game.  This isn't only to catch up with an old friend, it is to support his local community team, along with seeing my child play.  When you hear about someone's child for so long, you become a family member to them.  Joe comes to my kids' game because he genuinely is excited to see them and their talent.

When Joe resigned from the Probation Department he began working for Crystal Clear Signature Pools.  It is no question to me that Joe is successful in his new career due to his large personality and amazing social skills that come so naturally to him.  Joe defines positive energy.  He makes everyone laugh and feel loved when they are in his presence.  This is not a surprise to me that Joe truly loves the career he is building for himself.

Everyone is human and has made mistakes in life.  Joe was wrong for his actions; we are all aware of this.  He has admitted his part in this situation because he is honest.  Joe did not try to lie or cover his mistakes. He pled guilty because he was guilty.  This shows the type of man he is.  I know Joe is remorseful and would do anything to change the situation he is in right now.  Jailtime is not an appropriate sentence for Joe's crime.  You would be punishing Joe unfairly and affecting him for the rest of his life.  I have never personally been to jail, but we all hear you are never the same after.  A jail sentence will not affect just Joe here.  It will potentially sabotage his beautiful marriage he and his wife have worked so hard to build over the last twelve and a half years.  She will suffer mentally from this not only during his sentence, but after as she tries to rebuild the man she married, the life she created with him, and her own self.

Lastly, let us not forget about Joe's three children.  Statistics show children with parents in jail lead to mental health issues, behavioral issues, and relationship issues.  To take Joe away from his children at such crucial ages would be unjust.  Joe teaches his kids daily, whether he means to or not, how to be respectful, polite, generous, help people, and most importantly how to be a great husband and father.  Joe leads daily with his actions, which we all know, speak louder than words.  I mentioned earlier, Joe is a family man and jailtime would be penalizing just that, his family.

This crime does not deserve to penalize them because if Joe is to receive jailtime, those three beautiful kids are who will be affected the most.

If you have any questions or would like to speak with me further on Joe, please do not hesitate to reach out to me at the phone number listed above.

Sincerely,

Katelyn Raynor

# EXHIBIT 22

Latricia Wilson

1781 Plymouth St, Phila, Pa 19126

Latricia678@gmail.com

267-969-0157

December 19th, 2025

To the Honorable Judge Kearney,

My name is Latricia Wilson and I am a probation officer for the City of Philadelphia. I am writing to provide a character reference for Joseph Moore. I have had the pleasure of knowing him for the past six plus years. I appreciate the Courts for taking the time to consider my perspective.

As Joe's coworker, I have been able to observe his character on a daily basis because we were in the same division and unit. Joe is a genuinely caring individual who treats everyone in the workplace, including the clientele, with respect and compassion. He is the type of unit mate who would always help others whenever necessary, and he did so with no complaints. He always brings a positive and lighthearted attitude to any situation.

I could always tell that Joe's family is the center of his life. Whenever anyone asked how his kids were doing, you could see his face instantly light up and he was excited to share about them. I can recall a time when he introduced me to his wife, I could see in his face how proud he was of her. Seeing that, left no doubt in my mind that Joe prioritized his family and their wellbeing.

In our workplace, Joe was a team player. He communicated clearly and effectively and was always willing to support his colleagues. His kindness wasn't something that he displayed occasionally, we saw it every day, as it is a part of who he is.

I recognize that the Courts have a decision to make and my intentions are not to minimize any circumstances, but to give an honest account of the person I have come to know through our time of working together. Based on my experience with him, I genuinely believe that Joe is someone who learns from challenges and only strives to be better, especially for his family. Thank you for your time and consideration.

Respectfully,

Latricia Wilson

# EXHIBIT 23

Dear Judge Kearney,

My name is Matthew Avington.

I am a Delivery Manager for a Financial Technology & Data Management company.

I have known Joe Moore for 20 plus years. I know Joe well. I'd trust him with anything.

I have known his wife, Georgeanne (lovingly called 'G' by Joe), for quite some time. I believe around 2003. I met Joe when they first started dating around that time. I immediately felt a kinship with the fellow. Joe is one of my closest friends and confidants. G and Joe are my favorite people to be around. They're quite the pair. Silly, funny, supportive of each other. A sitcom-esque, annoyingly happy couple.

Joe is an attentive and involved father. His children adore him and that isn't surprising. These children know that they are loved and safe. Joe continually sets the example of being a diligent dad through words and actions. Communicating his love to his children daily, being involved in their clubs, teams, and events. Consistently, encouraging them to be their best selves.

What can I say about the man's character? He has helped provide perspective during times of change in my life. (Joe was incredibly supportive during my struggles with sobriety. Voicing his approval of my decision and lending an ear as needed. What others might see as seemingly little things, like having Non Alcoholic drinks in his house, were hugely helpful to me. I needed things like that during those early stages of recovery.). Joe has been a boon to my life.

He is generous with his resources and time. Joe has always made sure to include me in family gatherings, holiday dinners, proffering vacation invitations. Truly, the personification of "what is mine is yours."

I understand that Joe has made mistakes in the eyes of the law. I also understand that Joe is penitent and remorseful, embarrassed by his actions, and committed to never making these mistakes again.

I also understand that Joe didn't commit violent or malicious acts. With that said, the gravity of Joe's charges do confuse me. Just this week, while watching basketball on TV or listening to a comedy podcast, I was force fed ads, telling me where to gamble. Joe seems to have participated in a nationally acceptable practice. He just happened to be doing so on the wrong side of what is deemed legal.

My apologies if I come across as flippant or contemptuous regarding these charges. Considering the gravity of the situation, I would hope I steer far from that sort of tone. I do

feel it requires noting the inconsistency in how and what we view as acceptable when it comes to gambling of any kind.  I appreciate you taking this particular point in the spirit it is intended.

I do hope you can believe that this experience has been a positive one for Joe.  Difficult, scary, and life altering?  Absolutely.  But positive nonetheless, as it has helped Joe to focus on what is truly important to him.  His wife and children.  His family and friends.  Joe is striving to be the best human he can.  I can see the determination in him to walk a line that results in a better life for himself and all around him.

With that in mind, I hope you can focus on the rehabilitative aspect of this process that Joe has already experienced.  It has affected him in a profound, impactful way.  Obvious to anyone.  Obvious to even those unaware of the current situation he finds himself.

Judge, I hope you are a man that weighs rehabilitation over punishment when it comes to the justice process.  Joe broke the law.  He almost lost everything he holds dear.  G. Ava. Jack. Grace.  I feel that is hell enough for a man to experience.  Please don't take him away from these people.  Please, focus on the fact that Joe has absolutely learned from this experience.  That he is better man now than he was prior to this incident.  I hope you can see that Joe is better for society as a healthy, happy, free man.

Thank you for your time and consideration in this matter.  It is greatly appreciated.

*Matthew Avington*

Sincerely,

Matthew Avington

# EXHIBIT 24

**Character Reference Letter for Joseph Moore**

Michael Z. Budnicki
16 Stonebridge Road
Cherry Hill, New Jersey 08003
mbudnicki@yahoo.com

Date: January 5, 2026

The Honorable Judge Kearney

I am writing this letter in support of Joseph Moore, whom I have known for over thirty years as both a close friend and, at times, a neighbor. I respectfully submit this letter for the Court's consideration regarding his character.

By way of background, I am a former paratrooper and combat veteran who served in the 82nd Airborne Division from 2000 to 2004, stationed at Fort Bragg, North Carolina. I was honorably discharged at the rank of Sergeant (E-5) after serving in Operation Iraqi Freedom, during which I received a combat service medal. I served under Colonels Bray and Fuller, alongside Patrick Murphy, who at that time was a legal officer in my unit and later served as Secretary of Defense. I am a law-abiding American citizen and taxpayer with no criminal history, and I offer this letter truthfully and in good faith regarding the character of my friend Joe.

I have known Joe and his family for most of my life. We attended school together, played on the same basketball team as children, shared countless family dinners and life experiences, and built a friendship that has endured for decades. I can fully attest that Joe is a devoted family man, a loving husband, and someone I would trust without hesitation with the care and well-being of my own family.

I am aware that Joe is currently facing legal challenges, and I do not intend to minimize the seriousness of the matter before the Court. However, based on my personal experience, I do not believe this situation defines who he is as a person. I have seen Joe take responsibility for his actions, reflect on the consequences, and express genuine remorse and a desire to make better choices moving forward. During a difficult period in my own high school years, Joe took me under his wing and helped guide me through that time. The same generosity, compassion, and sense of responsibility remain central to who he is today.

Joe plays an important role in the lives of those around him. I am close not only with Joe but also with his entire family, and I have seen firsthand the support, stability, and love he provides. In my humble opinion, removing Joe from his family would be deeply harmful and disproportionate to the person I know him to be. He made a mistake, but that mistake is not his defining character.

I respectfully ask the Court to consider this letter as one honest perspective on Joseph Moore's character. Thank you for your time and consideration.

Respectfully,

/s/ Michael Z Budnicki
Michael Z Budnicki

# EXHIBIT 25

Michael McCrossen
4313 Pechin Street
Philadelphia, PA 19128

December 5, 2025

Honorable Mark A. Kearney
U.S. District Court Judge
601 Market Street
Philadelphia, PA 19106

**Re: Joseph Moore**
**Criminal No. 25-CR-440**

Dear Judge Kearney,

I am writing this letter on behalf of Joe Moore, who is scheduled to be sentenced before your Honor on February 17, 2026.

My name is Michael McCrossen, and I am an attorney at the Federal Community Defender's Office here in Philadelphia. Like Joe, I live in Roxborough and my three children attend Immaculate Heart of Mary School, which is where I first met and got to know him, as we wore face masks and socially distanced while awaiting our kids' dismissal every afternoon.

I have known Joe for just 4 years, but in that time, he and his family have become an extension of my own. We have spent dozens of Sundays sharing dinners with one another's families, and last week we and several other families joined for a "Friendsgiving" celebration at his home. Our daughters play softball and basketball together, and Joe just joined me in coaching our oldest daughters' CYO basketball team. The past few summers, we have spent virtually every weekend together at Plymouth Swim Club or in Sea Isle City. And he and his wife Georgeann have joined me and my wife Monique for many dinners out, concerts, and countless neighborhood gatherings. So in short, while we haven't known one another a particularly long time, we have gotten to know each other very well.

In the time we have known each other, Joe has never revealed himself to be anything but kind, generous, thoughtful, and reliable. He regularly offers to pick up and drive home our kids from school or practice, has taken our kids and even our puppy overnight, and has come over several times to help me carry heavy furniture up and down the narrow steps of our house. In short, Joe is a really good guy.

Nothing about Joe's gambling conviction affects my opinion about him in the slightest. If anything, the way he has responded to his prosecution has grown my respect for him. In the days after the FBI showed up at his house, he met me and Monique personally to tell us what had happened. At no time in the past 10 months did he ever minimize his conduct or responsibility, or

try to lay blame at anyone else's feet. To the contrary, he has repeatedly expressed to me, and anyone else who would listen, a sense of relief that this happened, and that it happened when it did. Had Joe not been caught and prosecuted when he was, he may have found himself in too deep, and unable to get out of this lifestyle. Instead, he has embarked on a new career and further committed himself to his family and community.

I am wholly confident Joe has put gambling behind him entirely, and I know I am not alone in that confidence. I expect this is but one of many letters you will receive, and I further expect Joe will stand before your Honor to be sentenced in a courtroom full of family, friends, and supporters willing and ready to help him turn the page on this part of his life.

Sincerely,

Michael McCrossen

Monique McCrossen

4313 Pechin St

Philadelphia, PA 19128

Moniquethacker929@yahoo.com

305-898-5507

11/17/2025

Dear Judge Kearney,

My name is Monique McCrossen, and I am IT Account Manager at Cloudscale365. I have known Joseph Moore since October 2022 through our children's school community. Almost immediately we grew close with Joseph, Georgeann, Ava, Jack and Grace and they are now more like family than friends to my husband, three daughters and myself. Joseph shares a love of music, food and laughter with us all and according to my daughter Stella he makes the best Kraft macaroni and cheese. Over the years I have known Joesph as a wonderful husband, father, son/son-in-law, friend and coach and I feel confident in my understanding of his strength of character and values.

In my experience, Joseph has always demonstrated integrity, responsibility, and kindness. He is hardworking, dependable, compassionate and hilarious. For instance, he has never hesitated to help us whether it is something significant like watching our kids while we went on a wedding anniversary getaway or simply helping to move furniture.

I understand that Joseph is currently before the Court regarding gambling charges. While I do not condone any wrongdoing, my opinion of his character remains unchanged. I believe this situation does not define who he is as a person. In my view, he has accepted responsibility and shown genuine remorse, and I trust he has learned from this experience.

I truly believe Joseph is a person of good character who has made positive contributions to his family, friends, community and to the lives of those around him. I respectfully ask that you take this letter into consideration when determining his sentence. I am confident that he will continue to be a productive and responsible member of society.

Thank you for your time and consideration.

Monique McCrossen

# EXHIBIT 26

Michael P. Moore
6984 Weatham Street
Philadelphia, PA 19119

December 19, 2025

Hon. Mark A. Kearney
District Court Judge
Eastern District of Pennsylvania

Dear Judge Kearney,

My name is Mike Moore, I'm employed as a fundraiser at Villanova University, and I'm Joseph Moore's younger brother and only sibling. I'm writing on behalf of Joe's character ahead of his February sentencing hearing.

Joe is approximately 18 months older than me, so I have known him my whole life. I can honestly say that of all the many people who are close to me, he has made the biggest, most positive impact on me as a person. For as long as I can remember, Joe always seemed like a larger-than-life figure whom I looked up to for how to act, how to dress, and how to treat people. He has a love and passion for life, family and friends that is contagious. Joe is also one of the most loyal and compassionate people know, which is why he is beloved by so many people in his community.

While I could go on for a while describing the type of person Joe is and what he means to me, I'd like to share a story that exemplifies who he is. When I was in sixth grade I was diagnosed with Tourette's syndrome, which is a neurological disorder causing involuntary movements and vocal tics. To make matters worse, the only course of treatment was to try different medications on a trial-and-error basis, many of which caused side effects sometimes as bad as the illness itself – severe depression, weight gain and in one instance a speech disorder. This turned what was a very happy childhood into a traumatic 4 years of adolescence filled with fear, anxiety and shame, often made worse by bullies at school. It was not uncommon for me to come home from school feeling sad, lonely and helpless. Joe, very young himself, didn't totally understand my illness and what I was going through, yet he knew that I needed help. He regularly offered support, humor and a shoulder to cry on. He gave me hope during a time of hopelessness and often reminded that I was strong enough to get through this difficult time and that things would get better.

During my freshman year of high school, I was still struggling. Joe, a junior at the time, would often come and find me to make sure I was doing OK, and on several occasions stood up for me when bullies were giving me a hard time. During one specific incident, a popular upperclassman, and friend of Joe's, was teasing me during the lunch period. Joe happened to see this and didn't think twice about defending me in front of a very large group of students. This ended up costing him his friendship with this boy. I'll never forget to this day how he made me feel during that interaction and how he had the courage that I didn't have – he made me feel like I was worth saving.

Finally, I'd like to write about Joe as a father. My wife and I chose not to have children, but I sometimes think about the type of father I would have been if we did. The one example that keeps coming to mind is Joe. He is a loving, thoughtful and ever-present dad to Ava, Jack and Grace. It is not uncommon for Joe to be at sporting events 6-7 nights out of the week, whether it be Ava's volleyball match, coaching Jack's flag football team or Grace's softball game, he shows up for everything with an encouraging and patient mindset. Joe's support of the kids doesn't end on the field, he can also regularly be found helping them with homework, taking them on hikes while teaching them about nature, or planning time for them to hang out with their grandparents or "Uncle Mike". Regardless of what kind of activities they are taking part in, the words "I love you" and "I'm so proud of you" are routinely coming out of Joe's mouth, which is one of the best gifts a parent can offer to their children.

Judge Kearney, thank you for taking the time to read my letter, and the other letters of support from Joe's many friends and family members. He means the world to me and his family and I appreciate you taking this into consideration when determining his sentence.

Sincerely,

Mike Moore

# EXHIBIT 27

Paul C. Koenig, Jr.
340 Hickory Lane
Haddonfield, NJ 08033
writepck@gmail.com

November 28,2025

Dear Judge Kearney:

My name is Paul Koenig. I am a Financial Planner, husband, and father of three daughters. I am writing to provide a character reference for Joseph Moore, whom I have known for 25 years in my capacity as his close friend and fraternity brother. I am pleased to offer my honest assessment of his character and contributions.

Throughout our friendship, Joe has consistently demonstrated unwavering honesty and integrity. I have witnessed him handle difficult situations with transparency, even when the truth was inconvenient. He is someone who keeps promises and can be trusted completely with confidential matters. In both personal and professional contexts, his word is reliable. I know this because throughout our years of friendship I have confided in Joe on several occasions regarding personal matters and I have never heard them come up in other circles. On the other hand, some people just can’t be confided in because they are not able to keep that confidence. They gossip. Joe does not do this, and I consider him to be exceptionally trustworthy based on our years of friendship.

Moreover, in my observations, Joe has always been a law-abiding citizen who shows deep respect for rules, regulations, and the rights of others. He approaches civic responsibilities seriously, whether that involves jury duty, voting, or simply being a considerate member of the community. I have never known him to take shortcuts that compromise ethical standards. He doesn’t even like to speed when driving and has on occasion told me I need to slow down a bit on the highway.

Furthermore, one of Joe’s most notable qualities is his genuine generosity. This extends beyond financial contributions to include time, expertise, and emotional support. He always remembers important dates like birthdays, checks in on friends during difficult times, and consistently puts others' needs before his own. I am part of a group text thread with several long-time friends where Joe is often the first participant to wish a happy birthday or wedding anniversary. Similarly, he and I are friends with two brothers whose father recently passed away. Joe was very supportive of them during such a challenging time. He attended the services and spent several nights with them after the fact, just being a good friend.

Moreover, Joe, like me, is husband and father of three children. Ava, Jack, and Grace. I am a dad who adores his children. I know what a dad who adores his kids looks like. Joe is a loving father

who supports his children in many ways, beyond just financially. He attends sporting events, dances, fundraisers for their schools, and is consistently just “there” for them. I know this because there have been times when he could have attended a concert or gone to a baseball game with friends but let us know that he wanted to go to Jack’s baseball game or Ava’s recital instead. Joe somehow manages to strike a great balance with his generosity between his wife Georganne, his children, the rest of his family, his friends and his colleagues. I envy that in him as I find it rather challenging.

What’s more, Joe enjoys an excellent reputation among all who know him. He is well-liked not because he seeks popularity, but because his authenticity and kindness naturally draw people in. Colleagues of his who I have met over the years seem to respect his professionalism. Friends, like me, value his loyalty, and even casual acquaintances speak highly of their interactions with him. This reputation traces all the way back to our college days. For example, he and his fellow pledge class brothers were responsible for learning certain facts about the history of our fraternity. During an examination Joe showed a clear understanding of what he was expected to know but his fellow brothers did not. Instead of only worrying about himself and leaving them behind, so to speak, he worked with and mentored them until they understood the material as well as he did.

In addition, in my opinion, Joe is someone with clear ambitions and the discipline to pursue them. Before being charged with a violation of the law, Joe was a Parole Officer. I know that he worked hard to support his clients, as he affectionately liked to call them. He would often talk about work, though he was always careful to keep to generality’s and not get too specific due to the nature of his role. But I know that he was passionate about what he did and how he was helping his “clients”. I know that he aspired to advance in the Department and was working toward more of a leadership role amongst his colleagues. What impresses me most is that Joe’s ambitions are balanced with his values. He seeks success without compromising integrity or neglecting his relationships.

And now he has found a new carer that, in my opinion, based on speaking with him many times over the last serval months, he is also quite passionate about and excited to be undertaking. He is working for a pool and patio installation company and believes that through his marketing efforts, he can significantly increase the company’s reach and help them grow their sales exponentially over the next 5 years.

Now, I have not worked with Joe in a professional capacity but regarding his work habits and professional excellence, another story from college does come to mind. Our fraternity was participating in a fund raiser for charity. Joe was not a full-fledged member of the fraternity at the time and was not required to attend the event. But he did anyway. At the time, this struck me as quite amazing, especially for a young college student. Showing up and being a team player when not even expected to is an example of Joe’s approach to work. This story supports what I have heard some of his colleagues mention in the past. What I can gather is that Joe has an

exceptional work ethic, he is disciplined, punctual, and thorough and he takes pride in producing quality results and is willing to put in extra effort to ensure tasks are completed properly. I have always known him to collaborate well with others, accept constructive feedback gracefully, and continuously seek to improve his skills. I see this in his new role at the pool company where he has sought advice from friends of ours who have been working in marketing for many years. He wants to soak up as much knowledge as he can so that he can incorporate it into the strategies that he is developing for the company.

In summary, I offer this character reference with complete confidence. I have known Joe Moore for 25 years and consider him one of my closest and longest friends. Joe is honest, principled, generous, and driven to make a positive difference. He has earned both respect and affection from those fortunate enough to know him, and I believe he will continue to be an asset to his community, his new company in his new career, his friends, especially me, his family, his wife and his children.

Please feel free to contact me if you require any additional information.

Sincerely,



Paul C. Koenig, Jr.

# EXHIBIT 28

①

Joe is a very Genuine Person always there to help you. Christmas moves our Couch for us, helps take out ~~a~~ air Conditioner for us. One time there was a small hole in the wall he put caulk in the wall. Christmas Time when there is a gathring he is always there to help Put the food out make sure everything taste Perfect. Always there to help At home he puts furniture together never Complains (like always) Pleasent at home Mops the Floor Vac Cleans the bathrooms TAKES ~~the~~ the trash out never once does he Complaines Pick up grocerys. Joe has a heart of gold if you have a Problem he is right there to help. He has a way of making you feel better, a very good outlook on things. I was so happy he married my daughter & Feel so lucky to have him

② He treats me like I was his Mom. Joe comes from a very loving Caring family, And I think it shines bright on Joe. When I am around Joe with his Kids he could not be a better Dad. Sometimes when my daughter is working and I am down the shore just him + I with the Children he does so much packs + gets us to the beach so I don't have to. He will go and stay as long as the kids ~~want~~ + I want even though he is not much for the sun never Complains When we go back to the house he makes sure the kids are showed + dressed Properly. He will take us out to dinner never once will he let me pay I have to sneek it. Such a Great Guy

③

When the Kids are at school
he picks them up makes sure
they are fead does homework with
them, makes sure there cloths are
ready for school then thy all get
showers he will read to them &
Put them to bed. I seen this fist
hand such a polite guy after all
that he will say can I get you
anything. I am lucky he includes
me anytime thy go away. He always
makes me feel comfortable. I had
the opportunity to meet Joes friends
on different occasion thy were very
nice and polite & friendly & belive in
the saying show me who your ~~friend~~ Friends are
& I will show you ~~who~~ who you are.
Joe always is with his kids They are

involved in sports he finds a
way by himself to make sure they
are dressed and at the place on time
He is a ~~too~~ wonderful father.
every weekend makes sure they do
family outings ~~whatter~~ weather it is
the zoo Basketball games or they
go for a hike or Bike ride ~~biking~~ always making
Memories with the family.
I know to the kids he is their Hero
As for My daughter he is the backbone
of her life they have a good strong
relationship a bond that they work
together and makes for a Happy Couple
Always proud of both of them

# EXHIBIT 29

Thomas Kasprzak
4319 Lauriston Street
Philadelphia, PA 19128
tkasprza@gmail.com
267-974-9402

11/19/2025

Your Honor,

I am writing to say some meaningful words about my longtime, good friend Joseph Moore. As noted above, my name is Tom and I have been working for Jacobs Engineering Group, building stations for the Amtrak Americans with Disabilities Act (ADA) Program as a project management civil engineer since July 2021. I've known Joe for about 18 years after working together at the Philadelphia Adult Probation/Parole Department (APPD). That was a unique place because it brought together people from all walks of life, whether employee or client. Our jobs were to help people who were products of very bad environments have a chance to make better lives for themselves. During our short interactions with these clients, we had an opportunity to be as positively impactful as possible. Whether it was over the phone, in office, at court, or in their communities, Joe would talk to them as human beings that just needed a person who would listen. Although it is difficult to gauge what the outcome of such conversations yielded, I believe he got through to many of them for the greater good. Although Joe and I no longer work together, our children attend Immaculate Heart of Mary (IHM) grade school in the Andorra section of city. As busy as life has become, we see each other almost weekly and it is always a warm welcome from him and his wife, Georgeanne. Each of them is unique because you feel a truly genuine sense of attention and care while around them. I've lost track of the number of times me and/or my family has been invited to their home or an event with them. Despite the amount of time that passes, Joe and I pick up a conversation as if not much has changed.

As alluded to in the last section, Joe is a great father of Ava Jean, Jack, and Grace; and wonderful husband of Georganne. Over the 18 years that I've known him; he has been honest and supportive of the life experiences he and I have shared. Most notably, while I was working full-time at the APPD, with two very young boys, I decided to go back to school to change careers. This would take me 7-1/2 years of countless before work, during lunch, and after work hours that Joe would need to cover for me. As mentioned, the Moores are truly genuinely kind people. In this modern world that has changed into something where society has become more frequently fickle and negative, it is comforting to have a friend like Joe.

When I found out about Joe's criminal situation, I immediately could not believe it. Since I worked for the court system for all those years, and now as an engineer (problem solver), I think to myself about the ultimate outcome of his situation-just punishment. How will this problem be solved for the greater good of all? During supervision violation hearings the judges would ask my recommendation on what would be best for the probationer/parolee. I thought of this as what would be best for society. Respectfully, your Honor, whatever Joe, his family, and those that care for him have gone through since the start of this, has been punishment enough. If it is between the black and white of giving him another opportunity to continue being an impactful society member, then I ask how detrimental would not giving him this opportunity be? I have never been the best with words under many circumstances, and communication can be lost in translation. I know you will be receiving many correspondences of this sort, but please reach out over the phone if more understanding is needed. Thank you for your time.

Respectfully, Thomas Kasprzak

# EXHIBIT 30

To the Honorable Judge Kearney:

My name is William Gallagher, and I have worked at a fleet management company for the past fifteen years, where I currently hold the position of Account Executive. I have known Joe Moore for most of my life and consider him my best friend. We first met while attending Archbishop Ryan High School, and our friendship continued through our years at Millersville University. After college, Joe and I remained close. He introduced me to my now wife, and we stood as groomsmen at each other's weddings. We were also fortunate to have children around the same time, which has only strengthened our bond as friends and families.

It would be difficult to find anyone who has a bad word to say about Joe.

First and foremost, Joe is a devoted family man. He is always there for his wife and three children, as well as his extended family. He volunteers as a youth sports coach and makes it a priority to attend every practice, game, and school event. I trust him completely with my own children and have done so on several occasions.

Joe is also someone you can always count on—reliable, generous, and quick to lend a helping hand. Whenever I need help with a home project, I know Joe will show up without hesitation.

Beyond that, Joe's outgoing and caring nature brings people together. He has a way of making everyone feel welcome, like an old friend, even upon first meeting. He is charitable and supports causes that benefit his friends, family, and community.

During his time working in the City's Probation Department, Joe earned a Master's Degree, aspiring to advance his career and continue serving the public. He is now pursuing a new opportunity with a reputable, family-owned small business. It's been inspiring to see a renewed passion and sense of purpose in him as he embraces this next chapter of his life.

On a personal note, my father passed away about a month after Joe received the knock on his door that changed his life. Despite the anxiety and uncertainty he was facing, Joe and his family were there for me and mine—offering a shoulder to cry on and a story to make me laugh. That compassion, even in his own time of struggle, speaks volumes about Joe's character. He is a true friend and a man with a big heart.

I understand that the charges against Joe are serious. However, in my conversations with him, I can confidently say that the experience has changed him profoundly—and for the better. Joe is a good man who recognizes the gravity of the situation and is deeply remorseful. I have no doubt that he will use this lesson to continue being a positive force for his family and community.

Thank you for taking the time to read my letter and for considering my thoughts about Joe's character.

Sincerely,

William Gallagher

# EXHIBIT 31

Dear Judge Kearney,

My name is Chris Valenti and I have known Joe Moore for just over 4 years. Joe and I were introduced through my wife Jodi. Joe's wife Georgeann is Jodi's cousin, and in 2021 when we were first dating; we went out to dinner with Joe and Georgeann for Jodi's birthday, and from that point on we became close friends and remain close friends to this day. In fact, we developed such a close friendship that I asked Joe to be in my wedding party when Jodi and I tied the knot in 2024.

In the 4 years I've known Joe I have seen the kindness and thoughtfulness he shows on a daily basis and it is a large reason we bonded so quickly. Meeting a significant other's family can always be an overwhelming thing, but Joe from day one helped me feel welcome. Early on he invited me to a steak night at his house that he hosted every year where his friends would come over, grill, and enjoy each other's company.

Joe did not know me very well at that point, but still was kind enough and thoughtful enough to invite me, even though it was with his closest friends and I was still the new guy.

As Jodi and I's relationship became more serious. Joe and I's friendship grew as well. When I had floated the idea of proposing, Joe mentioned he had a friend who worked at a jeweler and he would go to the shop with me to pick out a ring if I wanted.

My wife was going away for work one weekend and I knew that would be the perfect weekend to go look. Even though he was down the shore, Joe came home that Saturday morning in the rain to meet me and make sure I had support while ring shopping. That is the kind of care, support, and thoughtfulness I have come to know from Joe, not only between us, but with him and his family, his friends, and even complete strangers.

No one is without fault, everyone makes mistakes large and small.  Even though Joe has been charged with criminal offenses, I have seen over the course of 4 years the thoughtful and caring interactions he has daily with everyone he is around. As a result, my opinion of Joe remains the same.

Sincerely

Chris Valenti

# EXHIBIT 32

Judge Kearney,

My name is Brian Dunworth, and I appreciate you taking the time to read this letter. I can assure you I wouldn't waste your time if what I had to say wasn't from the heart. I can imagine how busy you are.

After graduating from college in 2003 (which is where I met Joe's wife, Georgeann), I've spent the last 22 years in the Recruiting/Staffing industry. It's busy, unpredictable, and most importantly, helps you build a sense of people and their character.

I met Joe Moore in 2009 when he began dating Georgeann. He immediately struck me as a kind person. He asked my wife (Kristin) and I about our families, careers and plans (at the time we had been married for a year). Joe genuinely cares about those around him and their future. That's the character I immediately picked up on and I'm proud to say that my friend still has those same qualities 16 years later.

Kristin and I have 3 children, ages 14, 12 and 7. I'm sure you know that Joe and Georgeann have 3 children as well ages 11, 10 and 8. Plain and simple, they are incredible parents. They work together as a team, constantly putting their kids first, whether for school, family events, sports, etc., setting a great example for all of us. While Joe might have made an error in judgement, he's a shining example of what a father and family man should be.

As stated earlier, Georgann and Joe have been a part of our lives for a long time. One letter can't outline 16 years of a relationship, but my hope is you understand how important Joe is to his family, their future and so many other people.

Thank you for your time.

Regards,

Brian Dunworth

Dear Judge Kearney,

My name is Jodi Valenti. Joe is married to my cousin.  I am writing to you in support of him because I have known him for many years and have seen firsthand the kind of man he truly is.

Joe is a truly good-hearted person and one of the most caring dads I've ever seen. His three kids mean everything to him—they're his whole world. I've watched him be patient, loving, and always willing to do whatever it takes to make sure they're happy and taken care of. I have spent several summers down the shore with him and his family and we always had so much fun playing at the beach with the kids, going to dinner, and spending quality time together. Joe and his wife are two of the closest people in me and my husbands life and we cherish all of the memories we have made together over the years.

I've seen Joe go out of his way to help others too. If someone in the family needs a hand, he's the first to show up. He's kind, respectful, and has always been someone people can count on.

I know he's going through a tough time right now, but I truly believe this doesn't define who he is. Joe has a good heart, and I believe he's learned from this and wants to move forward in the right direction—for himself and especially for his kids.

Thank you for taking the time to read my letter. I just wanted to share the side of Joe that his family and friends know—the loving dad, the dependable family member, and the genuinely good man we all care about deeply.

Sincerely,

Jodi Valenti

Dec 12, 2025

Michael Crossan

2033 East Darby road Havertown PA 19083.

Dear Honorable Judge Kearney

Your Honour, my name is Michael Crossan, I am a middle school teacher at Our Mother of Sorrows in Philadelphia, and I am writing this letter for Joseph Moore who is scheduled to appear before your court on February 17th 2026. I have known Joseph for about 15 years as a friend and I consider him a family member. Joseph is married to my cousin Georgeann, I have been friends with him for many years, I worked with him at Philadelphia adult parole and probation as an intern when I was attending Temple University, and I know Joseph very well. During my time as an intern I have seen Joseph go out of his way to help his clients in many ways. He would find job fairs to help people readjust and reenter society, he would meet clients any time of the day to fit their work schedules, and was always there to talk with anyone.

Joseph is an honest and hardworking man who helps many. He has helped me many times including helping me find an internship in college and make connections in the criminal justice field. Joseph is a family man in every way and does everything he can for his wife and kids. He takes his son to travel baseball games all summer and has started coaching his daughters basketball team to become even more involved in the community. He is a very well liked member of his community in both North East Philadelphia and Andorra, where he has been living for more than ten years. He has become close friends with many of his neighbors, who I have grown to know as well. Joseph has also demonstrated commitment to his career by obtaining a masters degree while working full time.

Joseph understands the gravity of the situation and is very remorseful. This incident does not reflect Joseph's character as he has always respected the law, others, and his community as a whole. He is dedicated to making amends and becoming even more involved in

his community. I hope you take this letter into account on February 17th and see the remorse Joseph has.

Sincerely,

Michael Crossan

Dear Judge Kearney,

My name is Nancy Tobin. I am an administrative assistant for the Philadelphia Fire Department. I am writing this letter on behalf of my nephew, Joseph Moore. Joe is my oldest sister's son and I have known him since the day he was born.

In my eyes, Joe has always been a hardworking, dedicated, and dependable young man. My husband is a self-employed contractor and Joe worked with him throughout high school as a laborer. Even after going away to college, Joe would drive home on weekends to help whenever my husband needed him. His work ethic has always been an admirable quality.

In addition to being an exemplary worker and nephew, Joe is a loving husband and father who is deeply committed to his wife, Georgeann, and his three young children. His patience, involvement and genuine devotion to their well-being reflects the kind of man he is.

Beyond his familial relationships, Joe has many close friendships, and is known for his kindness and great sense of humor.

In regards to his current legal situation, I feel confident in saying that Joe has learned his lesson. I have witnessed first hand the toll this has taken on his mental health. He is consumed with regret and anxiety at the thought of being separated from his children for any length of time. What I have also noticed is a sense of relief that he can move on from this part of his life and remove a behavior that he can now clearly see was bad for him.

Thank You,

Nancy Tobin